No. 580, Misc. DISMUKE *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 587, Misc. WADSWORTH *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 599, Misc. OLVERA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 604, Misc. BELL *v.* ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 616, Misc. SCHLETTE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 644, Misc. GONZALEZ *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 647, Misc. LOCKHART *v.* HENDRICK, COUNTY PRISONS SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 654, Misc. HILBERRY *v.* MARONEY, PENITENTIARY SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 660, Misc. GARVIE *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 669, Misc. CALDWELL *v.* COINER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 674, Misc. PICHE *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 706, Misc. MERCER *v.* SPECTER ET AL. C. A. 3d Cir. Certiorari denied.